UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80032-CR-Rosenberg/Reinhart

18 USC § 922(g)(1)
18 USC § 924(c)
18 USC § 2
21 USC § 841(a)(1)
21 USC § 846

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER TAVORRIS WILKINS,

Defendant.

_____/

FILED BY____*KJZ*____D.C.

*Mar 14, 2019*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about July 13, 2017, in Lake Park, Palm Beach County, in the Southern District of Florida, the defendant,

**CHRISTOPHER TAVORRIS WILKINS,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more rounds of ammunition, to wit, approximately fifty (50) rounds of Winchester 9mm ammunition, in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 2

On or about July 13, 2017, in West Palm Beach, Palm Beach County, in the Southern District of Florida, the defendant,

### CHRISTOPHER TAVORRIS WILKINS,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more rounds of ammunition, to wit, approximately fifty (50) rounds of Perfecta .380 caliber ammunition, in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 3

On or about August 6, 2017, in Palm Beach County, in the Southern District of Florida, the defendant,

### CHRISTOPHER TAVORRIS WILKINS,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Taurus Model PT709 Slim, 9 mm semi-automatic pistol, in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 4

Between on or about May 24, 2017, and on or about September 28, 2017, in Palm Beach County, in the Southern District of Florida, the defendant,

### CHRISTOPHER TAVORRIS WILKINS,

did knowingly and willfully combine, conspire, confederate and agree with PH and with others both known and unknown to the grand jury, to possess with intent to distribute a

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The Grand Jury further charges that the controlled substance involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to the defendant, was a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 5

Between on or about May 24, 2017, and on or about September 15, 2017, in Palm Beach County, in the Southern District of Florida, the defendant,

### CHRISTOPHER TAVORRIS WILKINS,

did knowingly possess one or more firearms in furtherance of a drug trafficking crime as set forth in Count 4, for which the defendant may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

_____

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-80032-CR-Rosenberg/Reinhart |
| v. | |
| | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| CHRISTOPHER TAVORRIS WILKINS | **Superseding Case Information:** |
| _____ Defendant. _____/ | |

**Court Division:** (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| _✓_ FTL | ___ WPB   ___ FTP | |

| | | |
|---|---|---|
| New defendant(s) | Yes ___ | No ___ |
| Number of new defendants | ___ | |
| Total number of counts | ___ | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take _4-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | |
   |---|---|---|---|
   | I | 0 to 5 days | _✓_ | |
   | II | 6 to 10 days | ___ | |
   | III | 11 to 20 days | ___ | |
   | IV | 21 to 60 days | ___ | |
   | V | 61 days and over | ___ | |

   (Check only one)

   | | |
   |---|---|
   | Petty | ___ |
   | Minor | ___ |
   | Misdem. | ___ |
   | Felony | _✓_ |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No.   N/A
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   N/A
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No _✓_

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No _✓_

John McMillan
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500228

\*Penalty Sheet(s) attached

REV 8/13/2018

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: _____ CHRISTOPHER TAVORRIS WILKINS _____

Case No.: 19-80032-CR-Rosenberg/Reinhart

### Counts # 1-2

Felon in Possession of Ammunition
Title 18, United States Code, Sections 922(g)(1), 924(a)(2)

**Max. Penalty**: 0-10 years' imprisonment; $250,000 fine; 0-3 years' supervised release: and, a $100.00 special assessment.

### Count # 3
Felon in Possession of a Firearm
Title 18, United States Code, Sections 922(g)(1), 924(a)(2)

**Max. Penalty**: 0-10 years' imprisonment; $250,000 fine; 0-3 years' supervised release: and, a $100.00 special assessment.

### Count # 4
Conspiracy to Possess with Intent to Distribute a Controlled Substance (Cocaine)
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

0-20 years' imprisonment; maximum fine of $1,000,000; 3 years' to life term of supervised release: and, a $100.00 special assessment

### Count # 5
Title 18, United States Code, Sections 924(c)(1)(A)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**Max. Penalty**: 5 year mandatory minimum sentence of imprisonment to maximum life term of imprisonment, consecutive to any penalty imposed upon Count 4; maximum fine of $250,000 fine; 0-3 years' supervised release: and, a $100 special assessment.