UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80032-Cr-ALTMAN/BRANNON(s)
18 USC § 1512(b)
18 USC § 922(g)(1)
18 USC § 924(c)
18 USC § 2
21 USC § 841(a)(1)
21 USC § 846

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER TAVORRIS WILKINS,

Defendant.
_____/

FILED BY ___ D.C.

AUG 29 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about July 13, 2017, in Lake Park, Palm Beach County, in the Southern District of Florida, the defendant,

**CHRISTOPHER TAVORRIS WILKINS,**

knowingly possessed one or more rounds of ammunition in and affecting interstate and foreign commerce, to wit, approximately fifty (50) rounds of Winchester 9mm ammunition, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 2

On or about July 13, 2017, in West Palm Beach, Palm Beach County, in the Southern District of Florida, the defendant,

**CHRISTOPHER TAVORRIS WILKINS,**

knowingly possessed one or more rounds of ammunition in and affecting interstate and foreign commerce, to wit, approximately fifty (50) rounds of Perfecta .380 caliber ammunition, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 3

Between on or about May 24, 2017, and September 28, 2017, in Palm Beach County, in the Southern District of Florida, the defendant,

**CHRISTOPHER TAVORRIS WILKINS,**

knowingly possessed one or more firearms, to wit, a Taurus Model PT709 Slim, 9 mm semi-automatic pistol, and a Russian Makarov 9mm Makarov semi-automatic pistol, in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 4

Between on or about May 24, 2017, and on or about September 28, 2017, in Palm Beach County, in the Southern District of Florida, the defendant,

**CHRISTOPHER TAVORRIS WILKINS,**

did knowingly and willfully combine, conspire, confederate and agree with PH, SA, CS, GH, and with others both known and unknown to the grand jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The Grand Jury further charges that the controlled substance involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to the defendant, was a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 5

Between on or about May 24, 2017, and on or about September 28, 2017, in Palm Beach County, in the Southern District of Florida, the defendant,

**CHRISTOPHER TAVORRIS WILKINS,**

did knowingly, during and in relation to a drug trafficking crime, carry a firearm, and possess a firearm in furtherance of a drug trafficking crime, that is, a violation of Title 21, United States Code, Sections 841(a)(1), and 846, as set forth in Count 4 of this Superseding Indictment, a felony prosecutable in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that the firearms were:

      a.)    A Taurus Model PT709 Slim, 9 mm semi-automatic pistol; and,

      b.)    A Russian Makarov 9mm Makarov semi-automatic pistol.

3

## COUNT 6

From at least as early as on or about February 26, 2018, through on or about September 23, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**CHRISTOPHER TAVORRIS WILKINS,**

did knowingly intimidate, threaten, corruptly persuade, and engage in misleading conduct, and attempt to intimidate, threaten, corruptly persuade, and engage in misleading conduct, towards CS, with the intent to influence, delay, and prevent the testimony of CS, in an official proceeding, that is, the Grand Jury's investigation of **CHRISTOPHER TAVORRIS WILKINS**.

In violation of Title 18, United States Code, Section 1512(b).

## COUNT 7

From at least as early as on or about February 26, 2018, through on or about September 23, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**CHRISTOPHER TAVORRIS WILKINS,**

did knowingly intimidate, threaten, corruptly persuade, and engage in misleading conduct, and attempt to intimidate, threaten, corruptly persuade, and engage in misleading conduct, towards CS, with the intent to hinder, delay, and prevent the communication by CS to a law

enforcement officer of the United States, of information relating to the commission of a Federal offense.

In violation of Title 18, United States Code, Section 1512(b).

A TRUE BILL:

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CHRISTOPHER TAVORRIS WILKINS

_____Defendant._____/

CASE NO. 19-CR-80032-ALTMAN/BRANNON(s)

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami     ___ Key West
___ FTL    ✓ WPB    ___ FTP

New defendant(s)           Yes ___    No ✓
Number of new defendants         0
Total number of counts           2

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect    _____

4. This case will take  5-7  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      ___           Petty     ___
   II   6 to 10 days     ✓             Minor     ___
   III  11 to 20 days    ___           Misdem.   ___
   IV   21 to 60 days    ___           Felony    ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?    (Yes or No)   Yes
   If yes: Judge ALTMAN/BRANNON      Case No. 19-CR-80032-RKA
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   Yes
   If yes: Magistrate Case No.    N/A
   Related miscellaneous numbers:    _____
   Defendant(s) in federal custody as of    5/17/2019
   Defendant(s) in state custody as of    _____
   Rule 20 from the District of    _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

_____
John McMillan
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500228

\*Penalty Sheet(s) attached                                          REV 8/13/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:   CHRISTOPHER TAVORRIS WILKINS

Case No.:   19-80032-Cr-ALTMAN/BRANNON(s)

### Counts # 1-2

Felon in Possession of Ammunition
Title 18, United States Code, Sections 922(g)(1), 924(a)(2)

**Max. Penalty**: 0-10 years' imprisonment; $250,000 fine; 0-3 years' supervised release: and, a $100.00 special assessment.

### Count # 3
Felon in Possession of a Firearm
Title 18, United States Code, Sections 922(g)(1), 924(a)(2)

**Max. Penalty**: 0-10 years' imprisonment; $250,000 fine; 0-3 years' supervised release: and, a $100.00 special assessment.

### Count # 4
Conspiracy to Possess with Intent to Distribute a Controlled Substance (Cocaine)
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

0-20 years' imprisonment; maximum fine of $1,000,000; 3 years' to life term of supervised release: and, a $100.00 special assessment

### Count # 5
Title 18, United States Code, Sections 924(c)(1)(A)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**Max. Penalty**: 5 year mandatory minimum sentence of imprisonment to maximum life term of imprisonment, consecutive to any penalty imposed upon Count 4; maximum fine of $250,000 fine; 0-3 years' supervised release: and, a $100 special assessment.

### Counts # 6-7
Tampering with a Witness, Victim, or an Informant
Title 18, United States Code, Sections 1512(b)

**Max. Penalty**: 0-20 years' imprisonment; $250,000 fine; 0-3 years' supervised release: and, a $100.00 special assessment.